# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0998
Lower Tribunal No. F95-29230

————————

**Wilfredo A. Zelaya,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Wilfredo A. Zelaya, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.